AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 6:22-MJ- 79 |
| JOSHUA LYNN CRAVER | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 29, 2022_____ in the county of _____Gregg_____ in the
_____Eastern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Joshua Lambert, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/31/2022

_____
*Judge's signature*

City and state:          Tyler, Texas

Hon. K. Nicole Mitchell, U.S. Magistrate Judge
*Printed name and title*